IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CV-00348-M-RJ

| | |
|---|---|
| JESSICA WILSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>) |
| HARNETT HEALTH SYSTEMS, INC., ALLISON CHRISTIAN, and CHASE CHRISTIAN | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

This matter comes before the court on the Memorandum and Recommendation ("M&R") entered by Magistrate Judge Robert B. Jones, Jr. in this case on September 26, 2024. [DE 47]. In the M&R, Judge Jones recommends that the court grant Defendants' motion to dismiss for lack of subject matter jurisdiction, *id.* at 1, 7, and dismiss as moot Defendant Harnett Health Systems' motion to dismiss for lack of personal jurisdiction. *Id.* The M&R, along with instructions and a deadline for filing objections, was served on Plaintiff on September 26, 2024. *See id.* at 7–8. Plaintiff raised no objection to the M&R.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial*

*Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Defendants' Motion to Dismiss [DE 35] is GRANTED, Defendant Harnett Health Systems' Motion to Dismiss [DE 37] is DENIED AS MOOT, and the case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 22d day of October, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE